## CUNYAN v. CLEMMER.

No. 3838.   Opinion Filed September 11, 1912.

(126 Pac. 578.)

**APPEAL AND ERROR—Case-Made—Delay in Service.** A purported case-made, which is not served within three days after the judgment or order appealed from is entered, or within an extension of time duly allowed, is a nullity, and cannot be considered by this court.

(Syllabus by the Court.)

*Error from District Court, Kay County;*
*W. M. Bowles, Judge.*

Action between Mike Cunyan and John Clemmer. From the judgment, Cunyan brings error. Dismissed.

*W. B. Clark,* for plaintiff in error.

*W. K. Moore* and *L. A. Maris,* for defendant in error.

HAYES, J.   This appeal is prosecuted upon petition in error and case-made. On the 28th day of August, 1911, within an extension of time theretofore granted in which to serve a case-made, plaintiff in error was granted by the trial judge, as a further extension of time within which to serve his case, a period of ten days from that date. The case-made was not served until September 8th, which was one day after the expiration of the extended period, and the case-made is therefore void, and the appeal must be dismissed. *Cowan v. Maxwell,* 27 Okla. 87, 111 Pac. 388; *London & Lancashire Fire Ins. Co. v. Cummings et al.,* 23 Okla. 126, 99 Pac. 654; *Bettis v. Cargile et al.,* 23 Okla. 301, 100 Pac. 436.

TURNER, C. J., and WILLIAMS, KANE, and DUNN, JJ., concur.